HAROLD P. HECKEN, Appellant, *v.* REMINGTON RAND, INC., Respondent.

Argued May 22, 1945; decided July 19, 1945.

*James G. Moore* for appellant.

*Wm. Francis Corson* and *Daniel F. Cohalan, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, DESMOND, THACHER and DYE, JJ. Dissenting: LEWIS and CONWAY, JJ.